# Request for Judicial Intervention Addendum

UCS-840A (7/2012)

Erie Supreme COURT, COUNTY OF Erie

**Index No:** 810199/2019

For use when additional space is needed to provide party or related case information.

**PARTIES:** For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in "Attorneys" space.

| Un-Rep | Parties | Attorneys and/or Unrepresented Litigants | Issue Joined | Insurance Carriers |
|---|---|---|---|---|
|  | List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant; 3rd party plaintiff, etc.) | For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | For each defendant, indicate if issue has been joined. | For each defendant, indicate insurance carrier, if applicable. |
| ☒ | Name: BOY SCOUTS OF AMERICA<br><br>Role(s): Defendant/Respondent | 1325 W Walnut Hill Lane, Irving, TX 75038 | NO |  |
| ☒ | Name: GREATER NIAGARA FRONTIER COUNCIL<br><br>Role(s): Defendant/Respondent | 2860 Genesee Street, Buffalo, NY 14225 | NO |  |

**RELATED CASES:** List any related actions. For Matrimonial actions, include any related criminal and/or Famiy Court cases.