NEW YORK STATE SUPREME COURT
ERIE COUNTY
-----------------------------------------------------------------X
MICHAEL SCHALL,

                      Plaintiff,

      -against-

BOY SCOUTS OF AMERICA and GREATER NIAGARA
FRONTIER COUNCIL,

                      Defendants.
-----------------------------------------------------------------X

Index No.: 810199/2019

**ACCEPTANCE OF SERVICE**

      MATHEW W. BECKWITH, of MELICK & PORTER LLP, attorneys for Defendants BOY SCOUTS OF AMERICA, and GREATER NIAGARA FRONTIER COUNCIL, acknowledges and accepts service of the Summons (filed on August 14, 2019), Complaint (filed on August 14, 2019), Amended Summons (filed on November 6, 2019), and Amended Complaint for Damages (filed on November 6, 2019), all of which were filed with the Erie County Supreme Court, as well as all future pleadings filed in the above-captioned case, or relating to the above-captioned plaintiffs, or correspondence directed to the Defendants herein regarding the above-captioned case or relating to the above-captioned plaintiffs.

      Dated this ____ day of November, 2019.

                                                  _____
                                                  Mathew W. Beckwith
                                                  MELICK & PORTER LLP
                                                  900 Main St. S.
                                                  Southbury, CT 06488

                                                  *Attorneys for Defendants BOY SCOUTS OF*
                                                  *AMERICA, and GREATER NIAGARA FRONTIER*
                                                  *COUNCIL*

SUBSCRIBED AND SWORN TO before me this ____ day of _____, 2019.