SUPREME COURT OF THE STATE OF NEW YORK
EIGHTH JUDICIAL DISTRITCT

---

In Re Eighth Judicial District Child's Victim Act Litigation

---

This Document Applies to:

STATE OF NEW YORK
SUPREME COURT: COUNTY OF ERIE

---

Michael Schall

                Plaintiff(s),

V                                                          Index No. 810199/2019

Boy Scouts of America and Greater
Niagara Frontier Council,

                Defendant(s).

---

      Upon the Preliminary Conference held herein on December 9, 2019 and upon the submission of counsel for plaintiff, it is hereby

      ORDERED that this action is scheduled for jury selection on July 20, 2022 and that the discovery and trial submission schedule annexed hereto is here by adopted.

Dated: January 23, 2020

                                                                Hon. Deborah A. Chimes, J.S.C.

FILED: ERIE COUNTY CLERK 01/23/2020 12:14 PM
NYSCEF DOC. NO. 28
INDEX NO. 810199/2019
RECEIVED NYSCEF: 01/23/2020

Case 1:20-cv-00220-FPG   Document 1-28   Filed 02/18/20   Page 2 of 3

Schall v. Boy Scouts of America et al. / Index No. 810199-2019

## SCHEDULING ORDER NON-RELIGIOUS INSTITUTIONS

1. Date by which defendants are to serve interrogatories and document requests. — February 28, 2020

2. Date by which plaintiffs are to serve responses to defendants' interrogatories and documents requests and any objections to defendant's interrogatory and document requests. — April 3, 2020

3. Date by which plaintiffs to serve interrogatories and document requests; serve medical authorizations. — February 28, 2020

4. Date by which defendants are to serve responses to plaintiffs' interrogatories and document requests and any objections to plaintiffs' interrogatory responses. — April 3, 2020

5. Date by which defendants are to serve supplemental interrogatories. — September 4, 2020

6. Date by which plaintiffs are to serve supplemental interrogatories. — September 4, 2020

7. Date by which defendants are to serve responses to plaintiffs' supplemental interrogatories. — October 9, 2020

8. Date by which plaintiffs are to serve responses to defendants' supplemental interrogatories. — October 9, 2020

9. Date for Court initiated telephone conference regarding a referral to Alternative Dispute Resolution prior to depositions. — April 13, 2020

10. Date by which plaintiffs are to provide all medical materials relative to damages to defendants. It is plaintiffs' duty to locate and obtain possession of all medical materials relative to damages and to provide them to the defendants. — May 1, 2020

11. The date of injured plaintiff's deposition. In all actions, the rights of defendants and third-party defendants to depose plaintiff spouses, personal representatives and distributees of decedents at any time prior to jury selection is reserved. — June 29, 2020

12. The date of commencement of depositions of defendants, third-party defendants and non-parties. — May 1, 2020

13. Pretrial conference. — September 14, 2020

14. Date by which defendants are to commence third-party actions, if any. — April 6, 2020

15. Date by which plaintiffs are to serve expert information. — June 22, 2022

| | | |
|---|---|---|
| 16. | Date by which defendants are to serve expert information. | July 6, 2022 |
| 17. | Pretrial conference. | June 27, 2022 |
| 18. | Date for Court Initiated telephone conference regarding a referral to Alternative Dispute Resolution prior to trial. | May 10, 2021 |
| 19. | Date by which plaintiffs and defendants are to serve all motions for summary judgement. | January 10, 2021 |
| 20. | The date by which plaintiffs are to serve and file notes of issue and statements of readiness and to serve on each defendant a settlement demand. | December 10, 2020 |
| 21. | Pretrial conference and argument of motions for summary judgement. | April 12, 2021 |
| 22. | Date by which plaintiffs and defendants are to serve trial witness and exhibit lists and by which both plaintiffs and defendants are to serve all motions in limine. | June 29, 2022 |
| 23. | Date by which plaintiffs and defendants are to serve deposition designations for trial. | June 29, 2022 |
| 24. | Date by which plaintiffs and defendants are to serve counter designations for trial. | July 6, 2022 |
| 25. | Date on which motions in limine will be argued and a final pretrial conference will be conducted. Ordinarily, the motions in limine will be argued two weeks prior to jury selection. | July 11, 2022 |
| 25. | The jury selection date. | July 20, 2022 |