NEW YORK STATE SUPREME COURT
ERIE COUNTY

MICHAEL SCHALL,

                          Plaintiff,

-against-

BOY SCOUTS OF AMERICA and GREATER
NIAGARA FRONTIER COUNCIL,

                         Defendants.

Motion Seq. # 002

Index No.: 810199/2019

Hon. Judge Deborah Chimes

**ORDER GRANTING
MOTION FOR ADMISSION
*PRO HAC VICE***

**Child Victims Act Proceeding
22 NYCRR 202.72**

      Michael T. Pfau, Jason P. Amala, and Vincent T. Nappo, having applied to this Court for admission *pro hac vice* to represent Plaintiff in this action, and said applicants having submitted in support thereof (1) an Affirmation of James R. Marsh, a member of the Bar of the State of New York and attorney of record herein for Plaintiff, (2) Affidavits of Michael T. Pfau, Jason P. Amala, and Vincent T. Nappo, (3) Certificates of Good Standing from the jurisdictions in which the Applicants are admitted to the practice of law, and (4) copies of the stipulations between the parties regarding counsel's admission *pro hac vice*, the Court having reviewed the foregoing submissions and due deliberations having been had, it is now, therefore:

      ORDERED, that the motion is granted and Michael T. Pfau, Jason P. Amala, and Vincent T. Nappo are permitted to appear and to participate in this action on behalf of Plaintiff; and it is further

      ORDERED, that they shall at all times be associated therein with counsel who is a member in good standing of the Bar of the State of New York and is attorney of record for the party in

1

question and all pleadings, briefs and other papers filed with the Court shall be signed by the attorney of record, who shall be held responsible for such papers and for such conduct in this action; and it is further

ORDERED, that, pursuant to Section 520.11 of the Rules of the Court of Appeals and Section 690.3(a) of the Rules of the Appellate Division of the Second Department, the attorneys hereby admitted *pro hac vice* shall abide by the standards of professional conduct imposed upon members of the New York Bar, including the Rules of the Courts governing the conduct of attorneys and the Rules of Professional Conduct; and it is further

ORDERED, that the attorneys admitted herein shall be subject to the jurisdiction of the Courts of the State of New York with respect to any acts occurring during their participation in this matter; and it is further

ORDERED, that said counsel shall notify the Court immediately of any matter or event in this or any other jurisdiction which affects their standing as a member of the Bar.

SO ORDERED.

_____ 1/28/2020
Hon. Deborah Chimes