MARSH LAW FIRM PLLC
JAMES MARSH
31 Hudson Yards
11th Floor, Suite 36
New York, NY 10001
Email:  JamesMarsh@marsh.law
Telephone: 212.372.3030
Facsimile: 833.210.3336

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SCHALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOY SCOUTS OF AMERICA and GREATER NIAGARA FRONTIER COUNCIL,<br><br>　　　　Defendants. | Case No. 1:20-CV-00220<br><br>**PLAINTIFF'S NOTICE OF DEMAND FOR JURY TRIAL** |

Plaintiff Michael Schall, by and through the undersigned counsel, pursuant to FRCP 38, hereby demands a 12-person jury trial in the above-captioned matter on all triable issues.

DATED:  March 3, 2020

　　　　　　　　　　　　　　　　　　MARSH LAW FIRM PLLC

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　James Marsh
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff